BELL LINES, INC., ET AL. *v.* UNITED STATES ET AL.

No. 893.   Decided May 4, 1970

*Harold Hernly, William T. Brotherton, Harry J. Jordan, Robert S. Burk, Robert R. Redmon, James E. Wilson, Edward G. Villalon,* and *Charles H. Ephraim* for appellants.

*Solicitor General Griswold, Assistant Attorney General McLaren, Robert W. Ginnane, Fritz R. Kahn,* and *Nahum Litt* for the United States et al., and *A. Alvis Layne* for Transamerican Freight Lines, Inc., appellees.

PER CURIAM.

The judgment is affirmed. *American Farm Lines* v. *Black Ball Freight Service, ante,* p. 532.